1
2
3          UNITED STATES  DISTRICT COURT
4             Northern District of California
5
6    KAROLINE NAUFAHU
7                    Plaintiff(s),                    No. C 10-00462 MEJ
         v.
8    BOARD OF TRUSTEES                           **ORDER DIRECTING PLAINTIFF TO
                                                 FILE CONSENT/DECLINATION
9                                                FORM**
                    Defendant(s).
10   _____/
11

12          Pending before the Court is Plaintiff's in forma pauperis application.  Upon review of the

13   record in this action, the Court notes that Plaintiff has not filed a written consent to Magistrate Judge

14   James' jurisdiction.  This civil case was randomly assigned to Magistrate Judge James for all

15   purposes including trial.  In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district

16   court are designated to conduct any and all proceedings in a civil case, including trial and entry of

17   final judgment, upon the consent of the parties.  An appeal from a judgment entered by Magistrate

18   Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the

19   same manner as an appeal from any other judgment of a district court.

20          You have the right to have your case assigned to a United States District Judge for trial and

21   disposition.  Accordingly, Plaintiff shall inform the Court, by way of the enclosed form, whether she

22   consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District

23   Judge for trial.  The consent/declination form shall be filed by than February 18, 2010.

24          **IT IS SO ORDERED.**

25   Dated: February 4, 2010
                                                 _____
26                                               Maria-Elena James
                                                 Chief United States Magistrate Judge
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAROLINE NAUFAHU                          No. C 10-00462 MEJ

            Plaintiff(s),

  vs.

BOARD OF TRUSTEES

            Defendant(s).

                             /

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby

consents to have a United States Magistrate Judge conduct any and all further proceedings in this

case, including trial, and order the entry of final judgment, and voluntarily waives the right to

proceed before a United States District Judge.

Dated:_____          Signed by:_____

                                         Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to

a United States District Judge.

Dated:_____          Signed by:_____

                                         Counsel for:_____

2

1  UNITED STATES DISTRICT COURT

2  FOR THE

3  NORTHERN DISTRICT OF CALIFORNIA

4

5

6  KAROLINE NAUFAHU                              Case Number: 10-00462 MEJ

7          Plaintiff,                           **CERTIFICATE OF SERVICE**

8      v.

9  BOARD OF TRUSTEES

10         Defendant.
                                            /

11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

13
    That on February 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
14  copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
15  located in the Clerk's office.

16

17  Karoline Naufahu
    18 North Humboldt Street
18  San Mateo, CA 94401

19
    Dated: February 4, 2010
20                                          Richard W. Wieking, Clerk
                                            By: Brenda Tolbert, Deputy Clerk
21

22

23

24

25

26

27

28

3