1

2

3                          UNITED STATES  DISTRICT COURT

4                          Northern District of California

5

6    KAROLINE NAUFAHU

7                    Plaintiff(s),                    No. C 10-00462 MEJ
          v.
8                                                     **ORDER DIRECTING PLAINTIFF TO
     BOARD OF TRUSTEES                                FILE CONSENT/DECLINATION
9                                                     FORM**
                    Defendant(s).
10   _____/

11

12         Pending before the Court is Plaintiff's in forma pauperis application.  Upon review of the

13   record in this action, the Court notes that Plaintiff has not filed a written consent to Magistrate Judge

14   James' jurisdiction.  This civil case was randomly assigned to Magistrate Judge James for all

15   purposes including trial.  In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district

16   court are designated to conduct any and all proceedings in a civil case, including trial and entry of

17   final judgment, upon the consent of the parties.  An appeal from a judgment entered by Magistrate

18   Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the

19   same manner as an appeal from any other judgment of a district court.

20         You have the right to have your case assigned to a United States District Judge for trial and

21   disposition.  Accordingly, Plaintiff shall inform the Court, by way of the enclosed form, whether she

22   consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District

23   Judge for trial.  The consent/declination form shall be filed by than February 18, 2010.

24         **IT IS SO ORDERED.**

25   Dated: February 4, 2010

26                                                    _____
                                                      Maria-Elena James
27                                                    Chief United States Magistrate Judge

28

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    KAROLINE NAUFAHU                        No. C 10-00462 MEJ

5              Plaintiff(s),

6      vs.

7    BOARD OF TRUSTEES

8              Defendant(s).
                                                         /
9

10

11    **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

12          In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby

13    consents to have a United States Magistrate Judge conduct any and all further proceedings in this

14    case, including trial, and order the entry of final judgment, and voluntarily waives the right to

15    proceed before a United States District Judge.

16

17    Dated:_____          Signed by:_____

18                                                Counsel for:_____

19

20    **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

21          The undersigned party hereby declines to consent to the assignment of this case to a United

22    States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to

23    a United States District Judge.

24

25    Dated:_____          Signed by:_____

26                                                Counsel for:_____

27

28

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAROLINE NAUFAHU | Case Number: 10-00462 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| BOARD OF TRUSTEES | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Karoline Naufahu
18 North Humboldt Street
San Mateo, CA 94401

Dated: February 4, 2010

                                        Richard W. Wieking, Clerk
                                        By: Brenda Tolbert, Deputy Clerk

UNITED STATES DISTRICT COURT
For the Northern District of California

3