UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


KAROLINE NAUFAHU,

              Plaintiff,

  v.

BOARD OF TRUSTEES et al,

              Defendant.

                                          /

Case Number: CV10-00462 MHP

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 18, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Karoline Naufahu
18 North Humboldt Street
San Mateo, CA 94401

Dated: February 18, 2010

                                      Richard W. Wieking, Clerk
                                      By: Anthony Bowser, Deputy Clerk